UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

KIMON MITCHELL                                                                    PLAINTIFF

VERSUS                                                                                      NO. _____

DIPTI MEHTA AND HER UNKNOWN INSURANCE
COMPANY, ABC INSURANCE COMPANY,
SHELL CHEMICAL, LP, AND THEIR INSURANCE COMPANY,
NATIONAL UNION FIRE INSURANCE COMPANY AND
ENTERPRISE RENT-A-CAR AND THEIR INSURANCE
COMPANY, ACE AMERICAN INSURANCE COMPANY          DEFENDANTS

**PETITION FOR REMOVAL**

NOW INTO COURT, through undersigned counsel, come Dipti Mehta and ACE American Insurance Company, defendants herein, who, pursuant to 28 U.S.C. §§ 1441 and 1446, respectfully petition for the removal of this civil action from the 23rd Judicial District Court for the Parish of Ascension, Louisiana, to the United States District for the Middle District of Louisiana, and in support thereof respectfully aver as follows:

I.

This civil action for personal injuries which allegedly arose from an automobile accident was originally filed and is now pending in the 23rd Judicial District Court for the Parish of Ascension, Louisiana, Docket Number 106,526, Division "C."

II.

a. The plaintiff in the state court action alleges that he is a resident of St. James Parish, Louisiana.

b. The defendant, Dipti Mehta, is a foreign national who is a citizen of the Republic of India, temporarily working and residing in Louisiana pursuant to a temporary

      non-immigrant visa (Blanket L1 Visa, Control Number 20121457080001, expiration date 24 May 2015).

c.   The defendant, ACE American Insurance Company ("ACE"), is a Pennsylvania insurer which has its principal place of business in Philadelphia, Pennsylvania.

d.   Counsel for Shell Chemical, LP ("Shell") has advised that Shell is a foreign limited partnership which is not domiciled and incorporated in the State of Louisiana nor has its principal place of business in the State of Louisiana. Shell Chemical, LP's limited partners are SCOGI, LP, a foreign limited partnership, and Shell Oil Company, a foreign corporation who is not domiciled and incorporated in the State of Louisiana nor has its principal place of business in Louisiana. SCOGI, LP's limited partners are SWEPI LP, Shell Oil Company, and Shell Offshore & Chemical Investment, Inc., a foreign limited partnership and foreign corporations who are not domiciled and incorporated in the State of Louisiana nor has its principal place of business in Louisiana. SWEPI LP's partners are Shell Energy Holdings GP, LLC and Shell US E&P Investments LLC; both are foreign limited liability companies. Shell Energy Holdings GP, LLC's member is Shell US and E&P Investments LLC, a foreign limited liability company. Shell US E&P Investments LLC's member is Shell Oil Company, a foreign corporation who is not domiciled and incorporated in the State of Louisiana nor has its principal place of business in Louisiana.

e.   National Union Fire Insurance Company ("National Union") is a Delaware insurer with its principal place of business in New York.

f.   Enterprise Rent-A-Car ("ERAC") is the trade name by which EAN Holdings,

LLC ("EAN") is sometimes known. EAN is a Delaware limited liability company with its principal place of business in St. Louis, Missouri; however, the plaintiff has filed a Motion to Dismiss ERAC.

III.

This suit is a civil action of which this court has original jurisdiction under the provisions of 28 U.S.C. §1332 and is one which may be removed to this court by the petitioner pursuant to the provisions of U.S.C. §1441 in that it is a civil action between the citizens of different states and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

IV.

The petitioning defendants acknowledged receipt on May 1, 2013 of plaintiff's medical records which contain sufficient information addressing the amount in controversy to establish the existence of federal jurisdiction but reserve their rights to deny all allegations of indebtedness.

V.

This civil action was fax filed in the state court on or about March 28, 2013, and the original was received by the clerk and filed on or about April 1, 2013. ACE American Insurance Company, Enterprise Rent-A-Car, Shell and National Union were served on April 5, 2013, and Dipti Mehta was served on April 11, 2013, their first notice of the suit. This Petition for Removal is filed within 30 days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth plaintiff's claim, and is therefore within the time for removal provided by the laws of the United States, the State of Louisiana and the rules of this Honorable Court.

VI.

Undersigned counsel has communicated with counsel for Shell and National Union, and all defendants consent to removal.

VII.

A copy of all process, pleadings and orders known to these defendants are attached hereto as Exhibit "A." As soon as a certified copy of the pleadings is provided by the state court, said copy will be filed of Record in the instant matter.

WHEREFORE, premises considered, Defendants pray that this action be removed from the 23rd Judicial District Court, Ascension Parish, Louisiana, to the United States District Court for the Middle District of Louisiana.

RESPECTFULLY SUBMITTED on this 2 day of May, 2013.

DIPTI MEHTA AND
ACE AMERICAN INSURANCE COMPANY

By: _____
DONNA POWE GREEN

Donna Powe Green (#4460)
Green Law Firm, P.A.
Post Office Box 17947
32 Office Park Drive
Hattiesburg, MS  39404-7947
601/271-9031

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been furnished to all counsel of record, by depositing same in the United States Mail postage prepaid and properly addressed, this 2 day of May, 2013.

_____
DONNA POWE GREEN