UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

KIMON MITCHELL  NO. 3:13-CV-281-SDD-RLB

VERSUS

DIPTI MEHTA AND HER UNKNOWN INSURANCE
COMPANY, ABC INSURANCE COMPANY,
SHELL CHEMICAL, LP, AND THEIR INSURANCE
COMPANY, NATIONAL UNION FIRE INSURANCE
COMPANY AND ENTERPRISE RENT-A-CAR AND THEIR
INSURANCE COMPANY, ACE AMERICAN INSURANCE
COMPANY

ORDER

**CONSIDERING** the foregoing *Motion to Dismiss*[1];

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims against all parties be and are hereby dismissed with prejudice and each party to bear their own costs.

Baton Rouge, Louisiana 30th day of September, 2013.

*Shelly D Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 13.